# JONATHAN MARKS, P.C.

ATTORNEY AT LAW
220 FIFTH AVENUE
3RD FLOOR
NEW YORK, N.Y. 10001



E-MAIL: jon@jonmarks.com
URL: jonmarks.com

TEL: (212) 545-8008
FAX: (212) 889-3595

September 28, 2007

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007



      Re:  United States v. Scott Shields
          07 CR 320 (RWS)

Dear Judge Sweet:

    I represent defendant Scott Shields, having been assigned under the Criminal Justice Act. I respectfully request authorization to seek reimbursement under CJA for my paralegal's time at the rate of $45 per hour. I need her help in reviewing and organizing the voluminous discovery material in this case.

Respectfully,

Jonathan Marks

So ordered
Sweet USDJ
10.2.07