# Federal Defenders
## OF NEW YORK, INC.

| USDC SDNY | |
| --- | --- |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: | |
| DATE FILED: | |

52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

October 9, 2007

**VIA HAND DELIVERY**

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, New York 10007



RECEIVED
OCT 09 2007
JUDGE SWEET CHAMBERS

**Re:   United States v. Scott Shields and Patricia Shields**
       **07 Cr. 320 (RWS)**

Dear Judge Sweet:

I represent Patricia Shields in the above-referenced case,
which is scheduled to go to trial in front of Your Honor
beginning November 5, 2007.  I write to request a two month
adjournment of that trial date.

I was assigned to represent Ms. Shields after her previous
attorney left the Federal Defenders office.  I need time to meet
with my client and prepare for trial.  Additionally, a trial
beginning on November 5 will conflict with the national
orientation seminar for new assistant federal defenders,
sponsored by the Federal Judicial Center and the Administrative
Office, which I am scheduled to attend.

I have spoken with Jenna M. Dabbs, the Assistant United
States Attorney assigned to the case, and to Jonathan Marks, the
attorney for Scott Shields.  They both have informed me that they
consent to my adjournment request.  AUSA Dabbs also has informed
me that she will be unavailable to try this case from December
31, 2007, through January 4, 2008.

*This request is granted, the speedy*
*trial clock is stopped until the*
*conference immediately preceding trial*
*on January 14, 2008.  So ordered*

*Sweet USDJ*
*10-10-07*

~On behalf of Patricia Shields, I consent to the exclusion of time between November 5 and the adjourn date from any speedy trial calculation.  Mr. Marks has authorized me to inform the Court that Scott Shields also consents to the exclusion of time between November 5 and the adjourn date from any speedy trial calculation.

Respectfully submitted,

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

cc:   Jenna M. Dabbs, Esq. (via facsimile)
      Jonathan Marks, Esq. (via facsimile)