# JONATHAN MARKS, P.C.
ATTORNEY AT LAW
220 FIFTH AVENUE
3RD FLOOR
NEW YORK, N.Y. 10001

E-MAIL: jon@jonmarks.com
URL: jonmarks.com

TEL: (212) 545-8008
FAX: (212) 889-3595

December 20, 2007

By fax: 212-805-7925
The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Scott Shields
07 CR 320 (RWS)

Dear Judge Sweet:

With the consent of the Government and on behalf of both defendants, I respectfully request a two-week adjournment of the status conference now scheduled for January 14, 2008. In view of Peggy Cross's trial schedule in January, defense counsel need this additional extension in order to meet with our clients with a view to disposing of this case without a trial.

AUSA Jenna Dabbs has authorized me to represent that the Government consents to this application.

Respectfully,

Jonathan Marks

cc: AUSA Jenna Dabbs
Peggy Cross, Esq.
(both by email)

So ordered
SwentoSDJ
12-28-08