UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
 :
UNITED STATES OF AMERICA :
 :
    -against- : **ORDER**
 :
 :
 :
 *Scott Shields* : 07 CR 320 (RWS)
 : Docket #
------------------------------------x

*Robert W. Sweet*, DISTRICT JUDGE:
Judge's Name

The C.J.A. attorney assigned to this case
*Jonathan Marks* is hereby ordered substituted
Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to *Joel Stein*, NUNC-PRO-TUNC _____.

Attorney's Name

SO ORDERED.

_____*Sweet*_____
UNITED STATES DISTRICT JUDGE

4.30.08

Dated:   New York, New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08
```