1390

# In The Matter Of:

*UNITED STATES OF AMERICA v.*
*SCOTT SHIELDS*

07 CR. 320 (RWS)
TC


APR 13 2008
JUDGE SWEET CHAMBERS

*March 27, 2008*


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

*PLEA*

*SOUTHERN DISTRICT REPORTERS*
*500 PEARL STREET*
*NEW YORK., NY 10007*
*212-805-0300*

The recommendations and the plea are accepted
So ordered
[signature] TOS DJ
4·18-08

Original File 83RYSHIP.txt, Pages 1-16

**Word Index included with this Min-U-Script®**