```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :

              - v. -            :    ORDER

SCOTT SHIELDS,                  :    07 Cr. 320 (RWS)

              Defendant.        :
- - - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 27, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         April 28, 2008

                                    _____
                                    THE HONORABLE ROBERT W. SWEET
                                    UNITED STATES DISTRICT JUDGE